UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| BLAIR RUSSELL PRODUCTIONS LLC et al., | Case No. 1:23-cv-09816-AT |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| -against- | |
| JORGE RIVERA-HERRANS, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiffs (BLAIR RUSSELL PRODUCTIONS LLC and BRP RECORDS, LLC) hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant (JORGE RIVERA-HERRANS).

New York, New York
January 11, 2024

FIRESTONE GREENBERGER PLLC
*Attorneys for Plaintiffs*

_/s/ Jordan Greenberger_
Jordan Greenberger, Esq.
14 Penn Plaza, 9th Fl.
New York, NY 10122
Tel: 212-597-2255
jg@firegreenlaw.com